**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7846**

---

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

BARBARA A. SCOTT, Clerk of Court for Richland
County,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  William B. Traxler, Jr., District
Judge.  (CA-96-2745-4-21BE)

---

Submitted:  April 16, 1998          Decided:  April 30, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael F. Dehoney, Appellant Pro Se.  Dale Richard Samuels, Larry
C. Smith, COUNTY ATTORNEY'S OFFICE, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] <u>Dehoney v. Scott</u>, No. CA-96-2745-4-21BE (D.S.C. Sept. 29 & Nov. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We also note that Appellant's action would fail under the <u>Rooker-Feldman</u> doctrine. <u>See</u> <u>Leonard v. Suthard</u>, 927 F.2d 168, 169-70 (4th Cir. 1991) (lower federal courts generally do not have jurisdiction to review state court decisions; rather, jurisdiction to review such decisions lies exclusively with superior state courts and, ultimately, the United States Supreme Court).